1042

[No. 31987-0-II.   Division Two.   July 5, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT K. DEAN, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 02-1-00170-0, James B. Sawyer II, J., entered July 8, 2004. *Affirmed in part* and *reversed in part* by unpublished opinion per Hunt, J., concurred in by Van Deren, A.C.J., and Bridgewater, J.

[No. 32225-1-II.   Division Two.   July 5, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH RAYSHAWN GOMEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 02-1-10218-9, Paula Casey, J., entered September 7, 2004. *Affirmed in part* and *remanded* by unpublished opinion per Penoyar, J., concurred in by Bridgewater, J.; Houghton, J., dissenting in part.

[No. 32402-4-II.   Division Two.   July 5, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. RON LEN NEFF, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-05356-6, Ronald E. Culpepper, J., entered October 18, 2004. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, C.J., and Penoyar, J.

[No. 32609-4-II.   Division Two.   July 5, 2006.]

CASCADE AUTO GLASS, INC., *Appellant*, v. FARMERS INSURANCE GROUP OF COMPANIES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-2-03171-8, Diane M. Woolard, J., entered December 1, 2004. *Reversed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Bridgewater and Penoyar, JJ.